MARY KIEFER, as Administratrix, etc., Respondent, *v.* THE GRAND TRUNK RAILWAY COMPANY of Canada, Appellant.

(Submitted October 3, 1892; decided October 18, 1892.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 5, 1892, which reversed so much of an order of Special Term as imposed terms upon plaintiff as a condition of extending the time within which a commissioner appointed by the court to execute an open commission might execute the same.

*Sprague, Morey, Sprague & Brownell* for appellant.

*J. W. Russell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

MELVIN STEPHENS, Respondent, *v.* ROBERT LEWIS HUMPHREYS, Impleaded, etc., Appellant.

(Submitted October 3, 1892; decided October 18, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 13, 1892, which affirmed, as far as appealed from, an order of Special Term setting aside a sale on foreclosure.

*John K. Van Ness* for appellant.

*Albridge C. Smith* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.